1  RONALD W. BEALS, Chief Counsel
   THOMAS C. FELLENZ, Deputy Chief Counsel
2  CRISTIANA I. ROJAS, Assistant Chief Counsel
   NAVTEJ BASSI (SBN 188406)
3  1120 N Street, P.O. Box 1438 (MS 57)
   Sacramento, California  95812-1438
4  Telephone: (916) 654-2630
   Facsimile:  (916) 654-6128
5
   Representatives for Defendant State of California,
6  Department of Transportation

**FILED**

APR 1 2 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

7

8                    **UNITED STATES DISTRICT**

9      **EASTERN DISTRICT OF CALIFORNIA: SACRAMENTO DIVISION**

10

11  JOSEPHINE OKWU,                    )   Case No. 2:10-CV-00653-GEB-KJM
                                       )
12            Plaintiff,               )
                                       )
13                                     )   **STIPULATION OF PARTIES TO EXTEND**
                                       )   **TIME FOR DEFENDANT TO FILE ITS**
14     vs.                             )   **RESPONSIVE PLEADING TO PLAINTIFF'S**
                                       )   **COMPLAINT PURSUANT TO LOCAL RULE**
15                                     )   **144(a)**
                                       )
16                                     )
                                       )
17  CALIFORNIA DEPARTMENT OF           )
    TRANSPORTATION,                    )
18                                     )
            Defendant.                 )
19                                     )
                                       )
20                                     )
   _____)
21

22

23

24

25

26

27

28

STIPULATION OF PARTIES TO EXTEND TIME FOR DEFENDANT TO FILE ITS RESPONSIVE PLEADING TO
PLAINTIFF'S COMPLAINT PER LOCAL RULE 144(a)

1       The parties hereby stipulate that the date for Defendant DEPARTMENT OF

2  TRANSPORTATION to file its responsive pleading to Plaintiff OKWU's complaint be extended to

3  April 28, 2010.

4       Such an extension by stipulation is permissible under the Eastern District's Local Rule 144(a)

5  without the Court's approval.

8  Dated: April 6 2010

NAVTEJ BASSI
Attorney for Defendant, State of California,
Department of Transportation

12  Dated: April 6, 2010

HERMAN FRANCK
ELIZABETH VOGEL
Attorney for Plaintiff, Josephine Okwu

16                             ORDER

17       The court, having reviewed the stipulation of the parties, and good cause appearing thereto,

19  IT IS ORDERED that DEFENDANT DEPARTMENT OF TRANSPORTATION shall file its

20  responsive pleading to Plaintiff's complaint by April 28, 2010.

22  IT IS SO ORDERED.

23  Dated: 4-12-10

JUDGE OF THE DISTRICT COURT

STIPULATION OF PARTIES TO EXTEND TIME FOR DEFENDANT TO FILE ITS RESPONSIVE PLEADING TO
PLAINTIFF'S COMPLAINT PER LOCAL RULE 144(a)