RONALD W. BEALS, Chief Counsel
THOMAS C. FELLENZ, Deputy Chief Counsel
CRISTIANA I. ROJAS, Assistant Chief Counsel
NAVTEJ BASSI (SBN 188406)
1120 N Street, P.O. Box 1438 (MS 57)
Sacramento, California  95812-1438
Telephone: (916) 654-2630
Facsimile:  (916) 654-6128

Representatives for Defendant State of California,
Department of Transportation

## UNITED STATES DISTRICT

## EASTERN DISTRICT OF CALIFORNIA: SACRAMENTO DIVISION

| | |
|---|---|
| JOSEPHINE OKWU,<br><br>               Plaintiff,<br><br>     vs.<br><br><br>CALIFORNIA DEPARTMENT OF<br>TRANSPORTATION,<br><br>          Defendant. | Case No. 2:10-CV-00653-GEB-KJM<br><br><br>**AMENDED STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE ITS RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT PURSUANT TO LOCAL RULE 144(a)** |

1    The parties hereby stipulate that the date for Defendant DEPARTMENT OF

2    TRANSPORTATION to file its responsive pleading to Plaintiff OKWU's complaint be extended to

3    May 10, 2010.

4    Such an extension by stipulation up to 28 days is permissible under the Eastern District's Local

5    Rule 144(a) without the Court's approval.

6

7

8    Dated: _4/20/10_ .

9                                                    NAVTEJ BASSI
                                                     Attorney for Defendant, State of California,
10                                                   Department of Transportation

11

12   Dated: _4/20/10_ .

13                                                   ELIZABETH VOGEL
                                                     HERMAN FRANCK
14                                                   Attorney for Plaintiff, Josephine Okwu

15                                    ORDER

16   The court, having reviewed the stipulation of the parties, and good cause appearing thereto,

17   IT IS ORDERED that DEFENDANT DEPARTMENT OF TRANSPORTATION shall file its

18   responsive pleading to Plaintiff's complaint by May 10, 2010.

19   IT IS SO ORDERED.

20   DATED: 05/06/10

21                                                   GARLAND E. BURRELL, JR.
                                                     United States District Judge
22

23

24

25

26

27

28

AMENDED STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE ITS RESPONSIVE PLEADING