IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE OKWU, | ) |
| | ) 2:10-cv-0653-GEB-KJM |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER DENYING MOTION FOR |
| | ) SANCTIONS |
| CINDY MCKIM; JUDITH SMITH; DAVE SCHAEFER; ANNE STAUSBOLL; PETER H. MIXON; RORY J. COFFEY; DONNA RAMEL LUM; and DOES 1-10, | ) |
| Defendants. | |

Defendants Anne Stausboll, Peter H. Mixon, Rory J. Coffey, and Donna Ramel Lum seek an order sanctioning Plaintiff under Rule 11 of the Federal Rule of Civil Procedure. Defendants argue their motion should be granted because all claims in Plaintiff's First Amended Complaint ("FAC") are frivolous. Even though Plaintiff's claims are dismissed with prejudice in a separate order, since the allegations in Plaintiff's complaint are not completely and utterly baseless, Defendants' Rule 11 motion is DENIED.

Dated: January 15, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1